UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-272-F

| | | |
|---|---|---|
| MICHAEL T. MOORE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROCKY MOUNT POLICE DEPARTMENT, | ) | |
|     Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation (M & R) of United States Magistrate Judge David W. Daniel filed on October 15, 2007. The plaintiff did not file any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R, and it hereby is ORDERED that the plaintiff's Complaint is DISMISSED as frivolous.

SO ORDERED.

This _13th_ day of February, 2008.

                                              JAMES C. FOX
                                              United States District Judge