AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL T. MOORE,    )<br>        Plaintiff,    )<br>                         )<br>                         )<br>    v.    )<br>                         )<br>ROCKY MOUNT POLICE DEPARTMENT,    )<br>        Defendant.    ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-272-F** |

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and it hereby is ORDERED that the plaintiff's Complaint is DISMISSED as frivolous.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 13, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Michael T. Moore
Nash County Detention Center
P.O. Box 335
Nashville, NC 27856


| February 13, 2008 | DENNIS P. IAVARONE |
|---|---|
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |